# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 9, 2007

Clifford W. Taylor,
Chief Justice

128877

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAULETTE M. HAMILTON,
        Plaintiff-Appellee,

v                                                   SC: 128877
                                                    COA: 251842
                                                    Wayne CC: 02-204442-NO
WENDETROIT, LTD.,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, J., dissents and states as follows:

I would grant defendant's application for leave to appeal to address the issues of "avoidability" and "unavoidability" for the reasons set forth in my statement in *Wiater v Great Lakes Recovery Centers, Inc*, 477 Mich 896 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 9, 2007

_____
Clerk

t0206